NO. CAAP-16-0000252

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LORENE S. CHU SCHLEINDL and DR. MICHAEL SCHLEINDL,
Plaintiffs-Appellants,
v.
DR. ANTHONY J. MAURO, MD; JEFFREY S. PORTNOY,
Defendants-Appellees,
and
JOHN DOES 1-5, JANE DOES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1468)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal," filed on February 7, 2017, by Defendants-Appellees Dr. Anthony J. Mauro, M.D., and Jeffrey S. Portnoy, the papers in support, and the record, it appears that (1) the appeal was docketed on May 5, 2016; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by all parties or their counsel appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees incurred with respect to this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED: Honolulu, Hawai'i, April 7, 2017.

Presiding Judge

Associate Judge

Associate Judge

2